UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MALIK CONOVER,          2:13cr355

## PETITION FOR
## WRIT OF HABEAS CORPUS

( x ) Ad Prosequendum          ( ) Ad Testificandum

1. MALIK CONOVER (hereinafter the "Detainee") is now confined at the Essex County Jail
2. The Detainee is

   charged in this District by: ( ) Indictment    ( ) Information    (X) Complaint
   with a violation of 18 USC § 2119 (Carjacking).

3. The Detainee will
   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at 50 Walnut Street, Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. D.J., on May 21, 2013, at 10:00 am, for a plea in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 20, 2013      /S/ James Donnelly
                         James Donnelly
                         Assistant U.S. Attorney
                         Petitioner

**O R D E R**

Let the Writ Issue.

DATED: May 21, 2013

*[signature]*

Hon. Dennis M. Cavanaugh, U.S.D.J.

---

**WRIT OF HABEAS CORPUS**

The United States of America to Warden of the Essex County Jail:

WE COMMAND YOU that you have the body of

Malik Conover,

now confined at the Essex County Jail, brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S.D.J in the United States Post Office and Courthouse at 50 Walnut Street, Newark, New Jersey, on May 21, 2013 at 10:00 a.m., so that the Detainee may appear at a plea hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Dennis M. Cavanaugh
    United States District Judge
    Newark, New Jersey.

DATED: May 21, 2013

    WILLIAM T. WALSH
    Clerk of the U.S. District Court
    for the District of New Jersey

Per: *[signature]*
    Deputy Clerk